THE UNITED STATES DISTRICT COURT FOR THE

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BALBOA CAPITAL CORPORATION, a California corporation,<br><br>   Plaintiff,<br><br>   vs.<br><br>NEW IMAGE DENTAL LABORATORY, INC., a Georgia corporation; and DOES 1 through 10, inclusive,<br><br>   Defendants.<br><hr>NEW IMAGE DENTAL LABORATORY, INC., a Georgia corporation,<br><br>   Counter-Plaintiff And Third Party Plaintiff,<br><br>   vs.<br><br>NATIONAL PROCESSING ALLIANCE, INC.,<br><br>   Counter-Defendant And Third Party Defendant. | Case No.: 8:20-CV-00207-SB (DFMx)<br><br>[Assigned to the Hon. Stanley Blumenfeld, Jr.]<br><br>**JUDGMENT ON SPECIAL VERDICT** |

This matter came on regularly for trial by jury on June 7, 2021, and continued each Court day thereafter through June 10, 2021, in Department 6C of the United States District Court for the Central District of California, the Honorable Stanley Blumenfeld, Jr. presiding. Appearances were made on behalf of plaintiff Balboa Capital Corporation ("Balboa") by Neal S. Salisian and Isabelle Vidro. Appearances were made on behalf of defendant New Image Dental Laboratory, Inc. ("NIDL") by Terry Higham, Ronald St. John, and Gary Hooper.

A jury of 6 persons was regularly impaneled and sworn. After the jury heard the evidence and arguments of Counsel, the Court duly instructed the jury, and the case was submitted to the jury. The jury deliberated and thereafter returned its unanimous verdict as follows:

**Special Verdict Form**

1. Did Balboa Capital and New Image Dental Laboratory enter into a contract?

   _X_ Yes
   ___ No

   If your answer to question 1 is yes, then answer question 2. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

2. Did Balboa Capital do all, or substantially all, of the significant things that the contract required it to do?

   _X_ Yes
   ___ No

2

If your answer to question 2 is yes, then answer question 3. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

3. Did all conditions that were required for New Image Dental Laboratory's performance occur?

_X_ Yes
___ No

If your answer to question 3 is yes, then answer question 4. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

4. Did New Image Dental Laboratory fail to do something that the contract required it to do?

_X_ Yes
___ No

If your answer to question 4 is yes, then answer question 5. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

5. Was Balboa Capital harmed by New Image Dental Laboratory's failure to do something that the contract required it to do?

__X__ Yes

___ No

If your answer to question 5 is yes, then answer question 6. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

6. What are Balboa Capital's damages?

$ 100,881.45

Based on the Special Verdict Form returned by the jury, Balboa is entitled to judgment against NIDL in the principal amount of $100,881.45.

NOW, THEREFORE, IT IS ORDERED, ADJUDGED, AND DECREED that plaintiff Balboa Capital Corporation have and recover as follows against defendant New Image Dental Laboratory, Inc.:

1. The principal amount of $100,881.45;
2. Such other costs and attorneys' fees due, if any, pursuant to post-judgment motion practice.

IT IS SO ORDERED.

Dated: June 14, 2021

Stanley Blumenfeld, Jr.
United States District Judge