Terry L. Higham (Bar No. 150726)
tlhigham@fordharrison.com
FORD & HARRISON LLP
350 South Grand Avenue, Suite 2300
Los Angeles, CA 90071
Telephone: 213-237-2400
Facsimile: 213-237-2401

Ronald St. John (SBN 101397)
rstjohn@bkolaw.com
BARTON, KLUGMAN & OETTING LLP
350 South Grand Avenue, Suite 2200
Los Angeles, CA 90071
Telephone: 213-621-4000
Facsimile: 213-625-1832

Gary D. Hooper (*pro hac vice*)
ghooper@hooperlawpartners.com
HOOPER LAW PARTNERS, LLC
3786 Dekalb Technology Parkway
Atlanta, Georgia 30340
Telephone: 404-975-4551
Facsimile: 866-511-9626

Attorney for Defendant,
Counterclaimant and Third-Party Plaintiff,
NEW IMAGE DENTAL LABORATORY, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BALBOA CAPITAL CORPORATION, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>NEW IMAGE DENTAL LABORATORY, INC., a Georgia corporation; and DOES 1 through 10, inclusive,<br><br>Defendant, Counter-claimant and Third-Party Plaintiff,<br><br>v.<br><br>NATIONAL PROCESSING ALLIANCE, INC.,<br><br>Third-Party Defendant. | Case No. 8:20-cv-00207-SB (DFMx)<br><br>[Assigned to the Hon. Stanley Blumenfeld, Jr.]<br><br>**NOTICE OF MOTION AND MOTION FOR ENTRY OF DEFAULT JUDGMENT BY COURT [FRCP 55(b)(2)]**<br><br>Date: December 3, 2021<br>Time: 8:30 a.m.<br>Courtroom: 6C<br><br>[Concurrently filed with Memorandum of Points and Authorities ISO Entry of Default Judgment; Declarations of N. Marrero, J. Paulen, A. Hauser & T. Higham with Exhibits] |

FORD & HARRISON LLP
ATTORNEYS AT LAW
LOS ANGELES

NOTICE OF MOTION AND MOTION FOR
ENTRY OF DEFAULTJUDGMENT
CASE NO 8:20-CV-00207-SB (DFMX)

TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on December 3, 2021, at 8:30 am, or as soon thereafter as the matter may be heard by the above-entitled Court, located at First Street Courthouse, 350 W. First Street, Los Angeles, CA 90012, Courtroom 6D, Third-Party Plaintiff New Image Dental Laboratory, Inc. ("NIDL," alternatively, "Third-Party Plaintiff") will present its motion for a default judgment against Third-Party Defendant National Processing Alliance, Inc. ("NPA," alternatively, "Third-Party Defendant") pursuant to FRCP 55(b)(2) and Local Rule 55-1.

Earlier on May 28, 2021, the Court denied the Motion for Relief from Entry of Clerk's Default. *See* Dkt. No. 155. That occurred after the filing of a briefed motion and following oral argument by counsel. Dkt. No. 154. Thereafter, on June 25, 2021, NPA appealed that motion's denial to the Ninth Circuit. Dkt. No. 188. On October 12, 2021, the Ninth Circuit dismissed that appeal. Dkt. No. 240. On October 19, 2021, this Court entered the dismissal on the record.

At the time and place of the hearing, Third-Party Plaintiff will present proof of the following matters:

1. NPA was served with the summons and Third-Party Complaint (Dkt. No. 17);

2. That on May 1, 2020, the Clerk entered the Default of NPA on the Third-Party Complaint, (Dkt. No. 46);

3. That on May 28, 2021, the Court determined that NPA's actions prior to the Entry of Default were not the product of a mistake but a purposeful, albeit misguided, strategy to avoid participating in the litigation, (Dkt. No. 155);

4. That NPA is not an infant or incompetent person;

5. That the Servicemembers Civil Relief Act (50 U.S.C. App. § 521) does not apply;

6. That notice of this motion has been served on NPA as required by FRCP 55(b)(2);

7. That NIDL is entitled to judgment against NPA on account of the claims pleaded in the Third-Party Complaint;

8. The amount of the judgment sought is $3,000.000.00, representing $898,625.00 in compensatory damages as set forth in the Declaration Alexandra P. Hauser, $2,101,375.00 in punitive damages exemplary damages based on NIDL's claims of fraud, negligent misrepresentation, unfair business practices and civil conspiracy.

This Motion is based on this Notice, the concurrently filed Memorandum of Points and Authorities, the Declaration of Jeffrey M. Paulen, the Declaration of Alexandra P. Hauser, the Declaration of Nicholas Marrero and the Declaration of Terry L. Higham with Exhibits, and the pleadings, files and other matters that may be presented at the hearing.

Dated: November 1, 2021

Respectfully submitted,

FORD & HARRISON LLP
BARTON, KLUGMAN & OETTING LLP
HOOPER LAW PARTNERS, LLC

By: _____
Terry L. Higham
Ron St. John
Gary D. Hooper
Attorneys for Defendant, Counter-claimant and Third-Party Plaintiff
NEW IMAGE DENTAL LABORATORY, INC.

# **PROOF OF SERVICE**

I, Esperansa Reinold, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 350 South Grand Avenue, Suite 2300, Los Angeles, California 90071. On November 1, 2021, I served a copy of the within document(s):

**NOTICE OF MOTION AND MOTION FOR ENTRY OF DEFAULT JUDGMENT BY THE COURT**

☒ ELECTRONICALLY: I caused a true and correct copy thereof to be electronically filed using the Court's Electronic Court Filing ("ECF") System and service was completed by electronic means by transmittal of a Notice of Electronic Filing on the registered participants of the ECF System. I served those parties who are not registered participants of the ECF System as indicated below.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ by e-mail or electronic transmission. Based on an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent on the date shown below to the e-mail addresses of the persons listed below.

| | |
|---|---|
| Denise Jarman<br>140 B St. Ste 5.<br>Davis, CA 95616-4678<br>Telephone: 916-607-5692<br>E-mail: denise@jarmaninsurancelaw.com | Attorneys for Third-Party Defendant<br><br>Registered participants in the ECF System. |

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on November 1, 2021, at Los Angeles, California.

_____
Esperansa Reinold

WSACTIVELLP:12682617.1