JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BALBOA CAPITAL CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> NEW IMAGE DENTAL LABORATORY, INC., <br><br> Defendant and Third-Party Plaintiff, <br><br> v. <br><br> NATIONAL PROCESSING ALLIANCE, INC., <br><br> Third-Party Defendant. | Case No. 8:20-cv-00207-SB-(DFMx) <br><br> **FINAL JUDGMENT** |

At the conclusion of a jury trial between Plaintiff Balboa Capital Corporation (Balboa) and Defendant and Third-Party Plaintiff New Image Dental Laboratory, Inc. (NIDL), the Court entered a Judgment on Special Verdict on June 14, 2021. For the reasons set forth in (1) the June 14, 2021 Judgment on Special Verdict and (2) the separate Order denying NIDL's Motion for Entry of Default Judgment against Third-Party Defendant National Processing Alliance, Inc. (NPA) entered this day, it is

ORDERED, ADJUDGED, and DECREED that Plaintiff Balboa Capital

Corporation (Balboa) shall have and recover from NIDL the principal amount of $100,881.45 and such other costs and attorneys' fees due, if any, pursuant to post-judgment motion practice. It is further

ORDERED AND ADJUDGED that NIDL's Third-Party Complaint against NPA is DISMISSED in its entirety. NIDL takes nothing on its claims against NPA, and NIDL's claims are DISMISSED on the merits with prejudice.

**This is a Final Judgment.**

Dated: February 7, 2022



Stanley Blumenfeld, Jr.
United States District Judge